**CRIMINAL CAUSE FOR
VIOLATION OF SUPERVISED RELEASE**

**BEFORE: WEXLER, J.**      **DATE:   AUGUST 14, 2008**      **TIME:   11:00 A.M.**

**DOCKET #:   CR 02-00116-01**                    TOTAL TIME: 1 HR

**TITLE:      USA            V.         THOMAS SINGLETARY (C)**

   **APPEARANCES:**

      **GOV'T:         WINSTON PAES, AUSA**

      **DEFT SINGLETARY -    TERRY BUCKLEY, ESQ (CJA)**

      **COURT REPORTER:    STEPHAINE DREXLER**

      **PROBATION:        JAVIER ENCISO**

**CASE CALLED.**

**DEFT APPEAR(S) WITH COUNSEL.**

**FINAL REVOCATION HELD.**

**DEFT INFORMED OF RIGTHS.**

**DEFT ENTERS A PLEA OF GUILTY TO CHARGE # 2 OF VIOLATION OF SUPERVISE RELEASE.**

**COURT FINDS DEFT GUILTY OF THE CHARGE # 2 OF VIOLATION OF SUPERVISE RELEASE.**

**SENTENCING SET FOR   11/14/2008 @ 11:00 A.M.**

**DEFENDANT REMANDED.**

**PROCEEDING CONCLUDED.**