DOCKET NUMBER: 02-CR-116
VIOLATION OF SUPERVISE RELEASE

UNITED STATES OF AMERICA
V.
Thomas R. Singletary

THE HONORABLE LEONARD D. WEXLER
SENIOR UNITED STATES DISTRICT JUDGE

Dear, Judge Wexler

    I am currently incarcerated and enrolled in the Drug and Alcohol Rehabilitation and Treatment Program (D.A.R.T.) inside Nassau County Correctional Center. Due to a violation of supervised release. Charge two: failure to participate and complete an approved drug treatment program.

    I have had sentencing dates adjourn previously allowing me the opportunity to complete the D.A.R.T. program. Which I have successfully as a expeditor within the programs infrastructure. The reason I write this epistle is because, I was returned to court for the imposition of sentence on April 2, 2009 which was postponed without further notice. I am not able to contact the assigned attorney Mr. Terrence P. Buckley to inform me of the proceedings. Can you please assist me in the matter.

Respectfully,