**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
LONG ISLAND FEDERAL COURTHOUSE
944 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722-4444

CHAMBERS OF
LEONARD D. WEXLER
DISTRICT JUDGE

April 9, 2009

Terrence P. Buckley. Esq.
356 Veterans Memorial Highway, Suite 8N
Commack, New York 11725

Re: USA v: Thomas Singletary
    CR 02-0116

Dear Mr. Buckley:

    Please find enclosed a copy of a letter received in my Chambers on this date from your client, Thomas Singletary. Pursuant to his request, please contact him as soon as possible.

                      Very truly yours,

                      HON. LEONARD D. WEXLER
                      UNITED STATES DISTRICT JUDGE

LDW/mel
Enclosure
cc: Thomas Singletary
    Nassau County Correctional Center
    100 Carmen Avenue
    East Meadow, NY 11554